*J. M. Shephead, for appellant.*

---

ELLEN GREEN *v.* ALEXANDER RAY.

**Husband and Wife — Dower — Equitable Interest.**

> Where the husband holds only an equity in land, the wife has no dower interest.

APPEAL FROM GARRARD CIRCUIT COURT.

January 9, 1867.

PER CURIAM:

Wilson, the only witness in the case, proves that at the time he purchased the land of Green the latter said he did not have the title, but that it was in Bledsoe; this seems to be fortified by the fact that Green then gave Wilson his title bond, who assigned it to Beaumont; Green some fourteen years after his sale of the land conveyed by special warranty to Beaumont; Green, therefore, was only the holder of an equity when he sold and his wife had no dower interest in the land. Therefore the judgment is affirmed.